# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES ISIAH MACON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00466-ACA-NAD |
| | ) |
| **WARDEN SMITH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On April 24, 2025, the magistrate judge granted Plaintiff James Isiah Macon's application to proceed *in forma pauperis* and ordered Mr. Macon to sign and return a Prisoner Consent Form within 30 days. (Doc. 5). Because Mr. Macon appeared to have been transferred from Donaldson Correctional Facility to Fountain Correctional Facility, on May 12, 2025, the magistrate judge instructed the Clerk to update Mr. Macon's address and to send a copy of the April 24, 2025, order to Mr. Macon at his updated address. (*Id.*). The magistrate judge ordered Mr. Macon to confirm that Fountain was his correct mailing address within 21 days, and allowed him additional time to return a signed Prisoner Consent Form. (*Id.*).

When that time expired without Mr. Macon confirming his address, returning a signed Prisoner Consent Form, or otherwise responding to the court, the magistrate judge entered a report on June 11, 2025, recommending that the court dismiss this

action for failure to prosecute. (Doc. 7). The magistrate judge advised Mr. Macon of his right to file objections to the report and recommendation within fourteen days (*Id.* at 3–4). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this July 17, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE